# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

BANGOR SAVINGS BANK,    )
             )
   Plaintiff,     )
             )
v.            )   No. 1:25-CV-00652-JCN
             )
DARLING CONSULTING GROUP,   )
             )
   Defendant.    )
_____)

## DEFENDANT'S MOTION TO COMPEL ARBITRATION

Defendant Darling Consulting Group ("DCG" or "Defendant"), by and through its undersigned counsel, respectfully moves the Court to compel arbitration with Plaintiff Bangor Savings Bank ("Bangor" or "Plaintiff"). As grounds therefore, DCG states as follows:

1. This case arises from a commercial consulting relationship governed by a written Master Services Agreement ("MSA") executed by both parties on August 20, 2020.

2. The MSA provides that Massachusetts law applies, that disputes regarding the services, Statements of Work, or the MSA itself are governed by that agreement, and that any such disputes must be resolved through binding arbitration before the American Arbitration Association in Boston.

3. Bangor Savings Bank's Complaint disregards the MSA entirely, but the law does not permit a party to avoid its contractual obligations through omission. The MSA controls this dispute, and the Federal Arbitration Act ("FAA") requires enforcement of the parties' agreement to arbitrate.

4. DCG promptly invoked arbitration after receiving the Complaint, has never waived that right, and the claims asserted fall squarely within the MSA's broad scope.

WHEREFORE, for those reasons, and the reasons set forth in the accompanying Memorandum of Law, the Court should compel arbitration and stay or dismiss this action under 9 U.S.C. §§ 3–4.

Respectfully submitted,

By: /s/ Christopher R. Drury
    Christopher R. Drury
    Gordon Rees Scully Mansukhani, LLP
    One Financial Plaza
    755 Main Street, Suite 1700
    Hartford, CT 06103
    Tel: 860-494-7552
    Email: cdrury@grsm.com

Counsel for Defendant Darling Consulting Group

    Jennifer Beckage
    The Beckage Firm PLLC
    403 Main Street, Suite 727
    Buffalo, NY 14203
    Tel: 223-253-4762
    Email: jbeckage@thebeckagefirm.com
    Admitted in New York

    Jesse W. Lemon
    The Beckage Firm PLLC
    403 Main Street, Suite 727
    Buffalo, NY 14203
    Tel: 202-799-8140
    Email: jlemon@thebeckagefirm.com
    Admitted in Florida

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 23, 2026, a copy of the foregoing DEFENDANT'S MOTION TO COMPEL ARBITRATION was filed through the Court's ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Daniel L. Rosenthal, Esq.
Marcus Clegg
16 Middle Street, Unit 501
Portland, ME 04101-5166
Email: drosenthal@mcm-law.com

*/s/ Christopher R. Drury*
Christopher R. Drury